

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2022

No. 04-21-00410-CR

James Cornelious **SCOTT,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7104
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was originally due on October 25, 2021, but has not been filed. On November 2, 2021, a deputy clerk of this court sent Amy Hinds, the court reporter responsible for preparing the record, a letter notifying her of the late record and requiring her to file the record by December 2, 2021. On December 3, 2021, Ms. Hinds filed a notification of late record, stating that she anticipated the record would be completed by January 3, 2022. We noted Ms. Hinds' notification of late record and extended the time for her to file the record, stating "No further extensions absent extenuating circumstances." On January 5, 2022, Ms. Hinds filed a duplicate of her original notification of late record. Accordingly, it is ORDERED that Ms. Hinds must file the reporter's record by **January 24, 2022**. No further extensions of time to file the record will be granted.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court